District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HUKAM CHAND KUNDRA, on behalf of NITESH KUNDRA,<br><br>Plaintiff,<br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 2:22-cv-0816-TL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Note on Motion Calendar: August 25, 2022 |

Plaintiff brought this litigation pursuant to the Administrative Procedure Act and the Mandamus Act seeking to compel Defendants to process Nitesh Kundra's DS-260 immigrant visa application. Dkt. No. 1. A consular officer has since adjudicated Nitesh Kundra's application. Accordingly, the above-captioned action having been resolved, the parties, through their undersigned counsel and respective attorneys of record, stipulate to dismissal without prejudice, with each party to bear their own fees or costs.

//

//

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
2:22-cv-816-TL
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| Dated: August 25, 2022 | Respectfully submitted, |
| | *s/ Ligia I. Hernandez* |
| | LIGIA I. HERNANDEZ, WSBA #26835 |
| | Hernandez & Associates |
| | 800 Fifth Avenue, Suite 4100 |
| | Seattle, WA 98104 |
| | Phone: 206-405-1500 |
| | Email: lihernandez@sbcglobal.net |
| | |
| | *Attorneys for Plaintiff* |
| | |
| | *s/ Michelle R. Lambert* |
| | MICHELLE LAMBERT, NYS #4666657 |
| | Assistant United States Attorney |
| | United States Attorney's Office |
| | 1201 Pacific Ave, Suite 700 |
| | Tacoma, WA 98402 |
| | Phone: (253) 428-3824 |
| | Email: michelle.lambert@usdoj.gov |
| | |
| | *Attorneys for Defendants* |

STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER
2:22-cv-816-TL
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**[PROPOSED] ORDER**

It is so **ORDERED**. The case is dismissed without prejudice.

Dated this 26th day of August 2022.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-816-TL
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970